IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

MAR 1 0 2005

DAVID J. MALAND, CLERK
BY
DEPUTY _____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| -vs- | § | Criminal No. 4:05CR 43 |
| | § | Judge Schneider |
| MANUEL DEJESUS GONZALEZ- | § | |
| GONZALEZ | § | |

### INDICTMENT

### COUNT I

Violation:  Reentry of Deported Alien
(Title 8 U.S.C. § 1326)

On or about February 2, 2005, in Collin County, Texas, in the Eastern District of Texas,

the Defendant, Manuel DeJesus Gonzalez-Gonzalez, an alien who had previously been excluded,

deported and removed, knowingly and unlawfully was found in the United States in Collin

County, Texas, the said Defendant having not obtained the consent for reapplication for

admission into the United States from the Attorney General of the United States or Secretary of

Homeland Security, the successor, pursuant to Title 6, United States Code, Sections 202(3),

202(4) and 557.

All in violation of Title 8, United States Code, Section 1326.

A True Bill,

FOREMAN OF THE GRAND JURY

MATTHEW ORWIG
UNITED STATES ATTORNEY

JOHN L. RATCLIFFE
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| -vs- | § | Criminal No. 4:05CR_____ |
| | § | Judge |
| MANUEL DEJESUS GONZALEZ- | § | |
| GONZALEZ | § | |

### NOTICE OF PENALTY

### COUNT I

Violation:      Title 8, United States Code, Section 1326

Penalty:        Not more than two years imprisonment, a fine not to exceed
                $250,000, or both; supervised release of not more than one year;

                If removal was subsequent to a conviction for commission of a
                felony other than an aggravated felony - not more than 10 years of
                imprisonment, a fine not to exceed $250,000, or both; supervised
                release of not more than 3 years;

                If removal was subsequent to a conviction for a commission of an
                aggravated felony - not more than 20 years imprisonment, a fine
                not to exceed $250,000, or both; supervised release of not more
                than 3 years.

Special
Assessment:     $100.00